1 RONALD Z. BERKI, ESQ.(#85355)
75 East Santa Clara Street, Suite 1400
2 San Jose,, CA 95113
Telephone: (408) 971-1160
3 Facsimile: (408) 971-1312

4 Attorneys for Plaintiff
MARTHA AGUILAR
5

6 GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
7 A Professional Corporation
555 12th Street, Suite 1800
8 Oakland, CA  94607
Telephone: (510) 834-4350
9 Facsimile: (510) 839-1897

10 Attorneys for Defendant
TARGET CORPORATION
11

12 UNITED STATES DISTRICT COURT

13 EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 MARTHA AGUILAR, | Case No.: 1:10-CV-01572 OWW GSA |
| 16         Plaintiff, | **[Kings County Superior Court Case # 10 C0157** |
| 17 vs. | **STIPULATION AND ORDER TO DISMISS** |
| 18 TARGET STORES, INC. and DOES 1 to 20, | |
| 19         Defendants. | Date:   January 12, 2011<br>Time:   8:15 a.m. |
| 20 | Complaint Filed:  April 22, 2010 |

21

22     IT IS HEREBY STIPULATED by and between Plaintiff MARTHA AGUILAR, by and

23 through her attorney of record, Ronald Z. Berki, Esq., and Defendant TARGET CORPORATION,

24 by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with

25 prejudice, DEFENDANT TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each

26 party to bear its own costs and attorney's fees.

27 //

28

-1-
STIPULATION AND ORDER FOR DISMISSAL Case No.: 1:10-CV-01572 OWW GSA

-2-

1      IT IS SO STIPULATED.

2

3

4  DATED: April 13, 2011                    RONALD Z. BERKI, ESQ.

5

6                                           By: /s/ RONALD Z. BERKI
                                                RONALD Z. BERKI, ESQ.
7                                                Attorney for Plaintiff
                                                 MARTHA AGUILAR
8
   DATED: April 13, 2011
9

10                                          BOORNAZIAN, JENSEN & GARTHE
                                            A Professional Corporation
11

12
                                            By: /s/ GAIL C. TRABISH
13                                               GAIL C. TRABISH, ESQ.
                                                 Attorneys for Defendant
14                                               TARGET CORPORATION

15                              **ORDER**

16
   IT IS SO ORDERED.
17
       Dated:  **April 29, 2011**              **/s/ Oliver W. Wanger**
18                                            UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL Case No.: 1:10-CV-01572 OWW GSA